In the Matter of the Application of CAROLINE SMITH, as General Guardian of ELIZABETH ROESSNER, an Infant, Respondent, *v.* LAWRENCE P. MINGEY, Appellant.

*Matter of Smith* v. *Mingey*, 72 App. Div. 103, affirmed.
(Submitted November 11, 1902; decided November 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May

26, 1902, which affirmed an order of Special Term directing the appellant herein to pay to Elizabeth Roessner a certain sum of money found to be due to her from him.

*George H. Balkam* and *Thomas J. Purdy* for appellant.

*Lawrence E. Brown* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Absent: VANN, J.